# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| XCLUSIVE-LEE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 19-cv-520 |
| | : | |
| JELENA NOURA "GIGI" HADID, | : | COMPLAINT AND JURY |
| | : | DEMAND |
| Defendant. | : | |
| | : | |

_____:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, XCLUSIVE-LEE, INC. ("Xclusive" or "Plaintiff"), brings this complaint in the

United States District Court for the Eastern District of New York against JELENA NOURA

"GIGI" HADID ("Hadid" or "Defendant"), alleging as follows:

## PARTIES

1. Xclusive is a New York Domestic Business Corporation with a principal place of business in

   Rego Park, New York.

2. Hadid is an American fashion model. In 2016, Hadid was named International Model of the

   Year by British Fashion Council. Hadid has modeled for Versace, Chanel, Elie Saab, Fendi,

   Marc Jacobs, Anna Sui, Miu Miu, Balmain, Diane Von Furstenberg, Tommy Hilfiger, Fenty,

   Puma, Isabel Marant, and Giambattista Valli. Hadid has also starred in advertising

   campaigns for Guess, Versace, Penshoppe, Balmain F/W 2015, Topshop, Max Mara, and

   Stuart Weitzman. Hadid has appeared on the covers of magazines such as *Vogue* (United

   States, Paris, Italy, Britain, Japan, Spain, Australia, Brazil, the Netherlands, Germany, Italy,

China), *Schön!*, *Numéro*, *Allure*, *W Magazine* and *Teen Vogue* as well as *WSJ Magazine*, *Elle Canada*, *Dazed* and *Harper's Bazaar*.[1] Hadid maintains and is personally responsible for her official Instagram account, which has over 44 million followers worldwide. Hadid resides in New York, New York.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. Defendant is subject to personal jurisdiction in New York.

6. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Plaintiff resides in this district, and Defendant is subject to personal jurisdiction in this district.

7. This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a). This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

---

[1] https://en.wikipedia.org/wiki/Gigi_Hadid

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

8.  Xclusive is the copyright holder of "Gigi Hadid on Oct 11, 2018" ("Copyrighted Photograph"), which was captured on October 11, 2018 in New York City. [Exhibit 1].

9.  On October 12, 2018, Hadid copied and uploaded Copyrighted Photograph to Hadid's Instagram account.

10. As a result of Hadid's actions described in Paragraph 11, Copyrighted Photograph was posted and publicly displayed to the following URLs:

    * www.instagram.com/gigihadid/?hl-en. (Last visited October 15, 2018) [Exhibit 3]

    * www.instagram.com/p/Boz7ASBHBDt/?hl=en&taken-by=gigihadid (Last visited October 15, 2018). [Exhibit 4]. (together "Instagram Posts")

11. Hadid copied and posted Copyrighted Photograph to Hadid's Instagram account without license or permission from Xclusive.

12. Hadid's Instagram account is followed by more than forty-three million (43,000,000) individuals throughout the world. [Exhibit 4].

13. More than 1.6 million (1,600,00) followers commented on Instagram Posts within four days of October 12, 2018. [Exhibit 4].

14. Prior to October 12, 2018, Hadid had first-hand knowledge that copying and posting photographs, of herself or other subject matters, to her Instagram or other social media accounts that she did not properly license or otherwise receive permission from the copyright holder constituted copyright infringement.

15. Specifically, Hadid was named as a defendant and served with a copy of a complaint and summons in a suit alleging copyright infringement, *Peter Cepeda v. Jelena Noura "Gigi" Hadid and IMG Worldwide, Inc.*, 1:17-cv-00989-LMB-MSN (E.D. Va.) (2017).

16. Although the case was settled prior to the discovery stage of litigation, the facts alleged in *Cepeda* are nearly identical to the facts alleged in the present case, including the allegation Hadid copied and posted Plaintiff Cepeda's copyrighted photograph (of Hadid on a public street in New York City) to Hadid's Instagram and Twitter accounts without license or permission from Cepeda.

17. As of the date of this filing, Hadid's Instagram account includes at least fifty (50) examples of uncredited photographs of Hadid in public, at press events, or on the runway. [Exhibit 5]. Most if not all of these photographs were posted by Hadid without license or permission from the copyright holder.

<u>COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.</u>

18. Xclusive incorporates herein by this reference each and every allegation contained in each paragraph above.

19. Xclusive is the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid and complete application before the United States Copyright Office for Certificate of Copyright Registration by the Register of Copyrights.

20. Among the exclusive rights granted to each Xclusive under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

21. Xclusive is informed and believes Hadid, without the permission or consent of Xclusive, copied and used Copyrighted Photograph on Hadid's Instagram account. In doing so, Hadid violated Xclusive's exclusive rights of reproduction and distribution. Hadid's actions constitute infringement of Xclusive's copyright and exclusive rights under copyright.

22. Xclusive is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Xclusive.

23. As a result of Hadid's infringement of Xclusive's copyright and exclusive rights under copyright, Xclusive is entitled to statutory damages, including any profits realized by Hadid attributable to the infringement, pursuant to 17 U.S.C. § 504 for Hadid's infringement of Copyrighted Photograph.

## COUNT II: CONTRIBUTORY INFRINGEMENT

24. Xclusive is informed and believes that Hadid, without the permission or consent of Xclusive, knowingly made available Copyrighted Photograph to innumerable individuals and media outlets by posting Copyrighted Photograph to Hadid's 43 million (43,000,000) Instagram followers.

25. Xclusive is informed and believes that Hadid, without the permission or consent of Xclusive, had knowledge or reason to know of such contributory infringement.

26. As a result of Hadid's actions, Xclusive is entitled to actual damages or such other and further relief as is just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Xclusive prays for judgment against Hadid as follows:

A. Declaring that Hadid's unauthorized conduct violates Xclusive's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Hadid, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Xclusive's Copyrighted Photograph without consent or otherwise infringing Xclusive's copyright or other rights in any manner;

C. Ordering Hadid to account to Xclusive for all gains, profits, and advantages derived by Hadid by their infringement of Xclusive's copyright or such damages as are proper, and since Hadid intentionally infringed Xclusive's copyright, for the maximum allowable statutory damages for each violation;

D.   Awarding Xclusive actual and/or statutory damages for Hadid's copyright infringement in an
     amount to be determined at trial;

E.   Awarding Xclusive his costs, reasonable attorney's fees, and disbursements in this action,
     pursuant to 17 U.S.C. § 505; and

F.   Awarding Xclusive such other and further relief as is just and proper.

<u>JURY DEMAND</u>

Xclusive hereby demands a trial by jury on all claims for which there is a right to jury
trial.

Respectfully submitted,

Dated: January 28, 2019                REESE LLP

                                       */s/ Michael R. Reese*
                                       Michael R. Reese
                                       100 West 93rd Street, 16th Floor
                                       New York, New York
                                       Telephone: (212) 643-0500
                                       Facsimile:  (212) 253-4272
                                       Email: *mreese@reesellp.com*

                                       -    and -

                                       David C. Deal
                                       The Law Office of David C. Deal, P.L.C.
                                       P.O. Box 1042
                                       Crozet, VA 22932
                                       Telephone: (434) 233-2727
                                       Facsimile:  (888) 965-8083
                                       Email:  <u>*david@daviddeal.com*</u>

                                       *Counsel for Plaintiff*

# EXHIBIT 1



# EXHIBIT 2



## Case Summary:

**Case #:** 1-7053724741    **Type of Case:** Work of the Visual Arts    **Opened:** 10/19/2018

**Title:** Gigi Hadid on Oct 11, 2018    **Contact Name:** I-Sheng Li

**Fee Due:** 55.00    **Service Fee Paid:** 55.00    **Claim Status:** Pending

# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5















gigihadid • Follow

gigihadid @brandonmaxwell saves fashion emergencies with yellow jumpsuits and pink champagne !! 🙏💛🍾 @bof

Load more comments

joha2206 @lauraquintanaflores no suelta el bolsito , 😂😂😂

zzzaffirahhh23_ ❤️❤️❤️

heenastyle Nice Yalow @heenastyle

bushrabasharatt 😍😍😍😍

ioanaepure 😍😍😍😍

worldpeace_777 💕💕

juliepatterson__ @rach.pat @laur.fall is Gigi wearing hoop earrings?

delorro.au Gorgeous! Delorro is looking for Australian Influencers to launch a new online store store in Australia. Want to help and get 200AUD credit?

951,606 likes

SEPTEMBER 10

Log in to like or comment.



gigihadid • Follow

gigihadid @bof last night 🙏✨

Load more comments

_francesca04 😍😍😍😍😍

pacorabannepti angélique beauty @gigihadid

kuno989 안녕하세요!

alexand.riv 💛💛 аромат диких цветов💛💛

alexand.riv 💛💛 аромат диких цветов💛💛

___in.sun_____ Beautiful💛💛

artof.love 😍😍

jehovah313 My kind of ladies!!!!!

luchicabellazzi @gigihadid Please I want be like you...model like you...

tjizukoo2k18 you look gorgeous

1,190,229 likes

SEPTEMBER 10

Log in to like or comment.































