UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
XCLUSIVE-LEE, INC.,

                                       JUDGMENT

          Plaintiff,                      19-CV-520 (PKC) (CLP)

           v.

JELENA NOURA "GIGI" HADID,

          Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on July 18, 2019, granting Defendant's motion to dismiss in its entirety; it is

      ORDERED and ADJUDGED that the Defendant's motion to dismiss is granted in its entirety; and that this case is closed.

Dated: Brooklyn, New York                           Douglas C. Palmer
         July 19, 2019                                  Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                            Deputy Clerk